# EXHIBIT A

US00D479059S

(12) **United States Design Patent**    (10) Patent No.:    **US D479,059 S**
Lucht    (45) **Date of Patent:** **    **Sep. 2, 2003**

(54) **MODULAR AND COLLAPSIBLE MERCHANDISE DISPLAY RACK**

(75) Inventor: **Wayne Lucht**, Bedford Park, IL (US)

(73) Assignee: **Midway Displays, Inc.**, Bedford Park, IL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/164,812**

(22) Filed: **Jul. 30, 2002**

(51) **LOC (7) Cl.** .................................... **06-04**
(52) **U.S. Cl.** ...................................... **D6/458**
(58) **Field of Search** .................... D6/396, 397, 436, D6/437, 411, 415, 449, 455–469; 108/59, 91, 92, 93, 94; 211/11, 13.1, 85.1, 85.2, 85.4, 70, 78, 107, 131.1, 133.2, 163, 164, 181.1, 182

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D85,303 S | * 10/1931 | Peterson | D6/457 |
| 3,924,749 A | * 12/1975 | Weston | 211/4 |
| D255,186 S | * 6/1980 | Hupalowsky | D6/458 |
| D343,971 S | * 2/1994 | McClave | D6/455 |
| D376,929 S | * 12/1996 | Tranquilli | D6/411 |
| D420,836 S | * 2/2000 | Bustos et al. | D6/462 |

FOREIGN PATENT DOCUMENTS

DE     3542495 A1 * 6/1987 ......................... 6/4

* cited by examiner

Primary Examiner—Cathron C. Brooks
(74) Attorney, Agent, or Firm—Leydig, Voit & Mayer, Ltd.

(57) **CLAIM**

The ornamental design for a modular and collapsible merchandise display rack, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a modular and collapsible merchandise display rack showing my new design;
FIG. 2 is a plan view of a collapsed section thereof, shown separately for completeness of illustration;
FIG. 3 is a right side view of an opened section thereof, shown separately for completeness of illustration;
FIG. 4 is a left side view of an opened section thereof, shown separately for completeness of illustration;
FIG. 5 is a top plan view thereof;
FIG. 6 is a bottom plan view thereof;
FIG. 7 is a perspective view of an alternative form thereof;
FIG. 8 is a perspective view of another alternative form thereof;
FIG. 9 is a perspective view of a further alternative form thereof; and,
FIG. 10 is a collapsed section of the further alternative form thereof, shown separately for completeness of illustration.

The broken lines illustrated in FIGS. **1, 7, 8, 9** and **10** are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 10 Drawing Sheets**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



# FIG. 5



FIG.6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

